# EXHIBIT C

12/26/2007 3007360T5058045

# HOGAN & HARTSON

Hogan & Hartson LLP
Two North Cascade Avenue
Suite 1300
Colorado Springs, CO 80903
+1.719.448.5900 Tel
+1.719.448.5922 Fax

www.hhlaw.com

December 21, 2007

Jeffrey S. George
Partner
(719) 448-5907
jsgeorge@hhlaw.com

*VIA FIRST CLASS MAIL and*
*E-MAIL (Victor.Cole@esis.com)*

Victor Cole
Senior Claim Representative
ESIS Risk Management Services Company
Woodland Hills AGL
P.O. Box 31052
Tampa, FL 33631

Re:   **ESIS Client: East West Partners**
      *Your File No. 4717 345 5324066*
      *Your DOL: 10/20/06*

Dear Mr. Cole:

I am writing in response to your letter dated October 26, 2007 to John Cook of our office.

In response to your questions, I provide the following:

<u>What repairs were made, who made them, and when were they completed?</u>

The primary repair was to damaged windows, sills, drywall, gypboard, waterproofing materials and floorings. These repairs required the demolition of the exterior stone system, the removal of the damaged gypboard and waterproofing materials, installation of Dens-Glass product, re-waterproof, reinstallation of the stone, removal and replacement of damaged windows, sills, drywall, flooring and finishes. The demolition was completed by Gallegos Masonry, a subcontractor of GEJCC and the exterior gypboard product was removed by GEJCC. The new drywall was installed by Stitzer Drywall, a subcontractor of GEJCC. Waterproofing was installed by D&D Roofing and the new stone was installed by Gallegos Masonry. This work was generally performed during the time period of January 2006 through December 2006.

<u>What was the total cost of the repair, how much was paid, and who paid for the repairs?</u>

The total cost of the repair is $5,810,870 and a summary is attached here as **EXHIBIT 1**. GEJCC paid for all of the repairs listed therein. East West Partners only reimbursed GEJCC $266,456 of the total.

\\\CS - 064266/000063 - 96974 v1

Victor Cole
December 21, 2007
Page 2

What did the charges include?

The charges included repairs to the interior, saturated drywall and finishes, the exterior stone removal and replacement, exterior gypboard removal and replacement with Dens-Glass, rewaterproofing, etc.

Who was determined to be responsible, initially, for the defects and what were they specifically?

This issue is disputed. Causes include deficient design and, in some cases, incomplete and improper installation work.

Did the contractor or subcontractor deviate from the plans and/or specifications?

In most cases, there was no deviation from the plans and/or specifications. However, during the remedial work, it was discovered that in some areas the flashing vertical lag overlapped the ice and water shield, thus not having the desired "waterfall" effect. In addition, some windows were found to not have proper dams or weeps. Also, in some places caulking had not been properly placed. There were several areas, however, where there were no installation issues, but water still infiltrated the spaces suggesting that the ultimate cause was a design issue.

Where the original plans and specifications deficient for the intended use of the building and/or the climate?

Yes

Please let us know whether you need any additional information.

In addition to our firm, which serves as general outside counsel for GEJCC, Reed Archambault of Newmeyer & Dillion, LLP, 895 Dove Street, 5th Floor, Newport Beach, CA 92660, (949) 271-7210, represents GEJCC with respect to the insurance claims on this project.

Thank you for you attention to this matter.

Very truly yours,

HOGAN & HARTSON LLP

Jeffrey S. George

JSG/am/sk
Enclosure
cc:  Reed Archambault, Esq. *(via e-mail, w/enclosure)*
     John W. Cook, Esq. *(via e-mail, w/enclosure)*
     Sally A. Laurila *(via e-mail, w/enclosure)*

\\\\CS - 064266/000063 - 96974 v1

12/26/2007 3007360T5058045

| NORTHSTAR VILLAGE INSURANCE CLAIM COSTS | |
|---|---|
| 26-Sep-07 | |
| **0306, 0408 & 0416 INSURANCE CLAIM WORK** | |
| WTC 07100 - WATERPROOFING | $97,253 |
| WTC 08330 - REMOVE AND REPLACE STOREFRONT WINDOWS | $32,696 |
| WTC 99301 - WATER INTRUSION | $2,454,516 |
| WTC 99302 - SINKING PAVER REPAIR | $322,580 |
| WTC 99306 - INSTALLATION OF OCTAGON FOUNDATION DRAIN | $24,219 |
| WTC 99315 - BUILDING "R" WATERPROOFING | $45,639 |
| WTC 99322 - UPPER PLAZA WATER LINE BREAK | $139,569 |
| WTC 99323 - WATER INTRUSION AT PIZZERIA "BUILDING R" | $79,523 |
| WTC 99324 - BALCONY WATER INTRUSION REMEDIATION | $43,895 |
| WTC 99325 - GRAND STAIR SINKHOLE REPAIR | $84,460 |
| WTC 99341 - WATER INTRUSION UNIT 4401 | $8,113 |
| | **$3,332,463** |
| **0505 - 2007 WORK FOR PHASE I & II** | |
| WTC 99517 - NE BUILDING G REPLACE STONE | $17,866 |
| WTC 99530 - BUILDING G BALCONY REMEDIATION | $46,858 |
| WTC 99531 - BUILDING H BALCONY REMEDIATION | $155,402 |
| WTC 99532 - BUILDING J BALCONY REMEDIATION | $42,884 |
| WTC 99534 - STOREFRONT WINDOW REMOVE AND REPLACE | $122,380 |
| WTC 99535 - ACTIVE WATER LEAK REMEDIATION | $180,767 |
| WTC 99536 - BUILDING R COLUMN REMEDIATION | $157,924 |
| WTC 99538 - REEXCAVATE AND WATERPROOF BUILDING R | $343,409 |
| WTC 99542 - PHASE 1 & 2 INSURANCE CLAIM | $886 |
| | **$1,068,376** |
| **TOTAL INSURANCE CLAIM COSTS ALL PHASES** | **$4,400,839** |
| GEJCC General Conditions Costs | $1,250,000 |
| Subtotal | $5,650,839 |
| GEJCC Fee 3.75% | $210,031 |
| Total | $5,810,870 |

EXHIBIT
1