Thomas G. Trost (SBN 151961)
Jason M. Sherman (SBN 232420)
SPROUL TROST LLP
3721 Douglas Boulevard, Suite 300
Roseville, California 95661
Telephone: (916) 783-6262
Facsimile: (916) 783-6252

Attorneys for East West Resort Development V, L.P., Northstar Big Horn, LLC, Northstar Iron Horse, LLC, and Old Greenwood, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EAST WEST RESORT DEVELOPMENT V, L.P., a Delaware limited partnership; NORTHSTAR BIG HORN, LLC, a Delaware limited liability company; and NORTHSTAR IRON HORSE, LLC, a Delaware limited liability company; and OLD GREENWOOD, LLC, a Delaware limited liability company;<br><br>Plaintiffs;<br><br>v.<br><br>ACE American Insurance Company, a Pennsylvania corporation; and DOES 1 through 10, inclusive;<br><br>Defendants. | Case No. 2:10-CV-01394-JAM-DAD<br><br>**STIPULATION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT; ORDER THEREON** |

### RECITALS

WHEREAS, plaintiffs filed a First Amended Complaint on July 6, 2010; and

WHEREAS, on July 23, 2010, defendant filed a motion to dismiss plaintiffs' First Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim; and

WHEREAS, plaintiffs have requested that defendant allow it to file a Second Amended Complaint and take its pending motion to dismiss off calendar without any prejudice as to responding to plaintiffs' Second Amended Complaint;

### STIPULATION

IT IS HEREBY STIPULATED by and between the parties hereto through their respective

Case No. 2:10-CV-01394-JAM-DAD
{00938591.DOC; 2} STIPULATION AND ORDER FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com

attorneys of record that plaintiffs shall file and serve a Second Amended Complaint within twenty-one (21) days of execution of this Stipulation.

IT IS FURTHER STIPULATED that defendant has thirty (30) days from service of the Second Amended Complaint to respond to the Second Amended Complaint whether by answer, motion or otherwise.

Dated: August 18, 2010     **SPROUL TROST LLP**

By:   /s/ Thomas G. Trost
Thomas G. Trost
Jason M. Sherman
Attorneys for Plaintiffs East West Resort Development V, L.P., Northstar Big Horn, LLC Northstar Iron Horse, LLC, and Old Greenwood, LLC

Dated: August 18, 2010     **SEDGWICK, DETERT, MORAN & ARNOLD LLP**

By: /s/ Laura L. Goodman (as auth. on 08/18/10)
Bruce D. Celebrezze
Laura L. Goodman
Attorneys for Defendant ACE American Insurance Company

**ORDER**

IT IS SO ORDERED.

Dated: August 18, 2010     /s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE

Case No. 2:10-CV-01394-JAM-DAD     2
STIPULATION AND ORDER FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com