**FILED**

MAY - 3 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
   DEPUTY CLERK

SEDGWICK LLP
BRUCE D. CELEBREZZE  Bar No. 102181
LAURA L. GOODMAN  Bar No. 142689
DEAN J. MCELROY Bar No. 213132
ANDREW J. KING Bar No. 253962
bruce.celebrezze@sedgwicklaw.com
laura.goodman@sedgwicklaw.com
dean.mcelroy@sedgwicklaw.com
andrew.king@sedgwicklaw.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant
ACE AMERICAN INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EAST WEST RESORT DEVELOPMENT V., L.P, a Delaware limited partnership; NORTHSTAR BIG HORN, LLC, a Delaware limited liability company; and NORTHSTAR IRON HORSE, LLC, a Delaware limited liability company; and OLD GREENWOOD, LLC, a Delaware limited liability company;<br><br>Plaintiffs,<br><br>v.<br><br>ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation; and DOES 1 through 10, inclusive;<br><br>Defendants. | CASE NO. 2:10-CV-01394-JAM-DAD<br><br>**STIPULATION AND ORDER CONTINUING DISCOVERY HEARING**<br><br>JUDGE: Hon. John A. Mendez<br>MAGISTRATE JUDGE: Hon. Dale A. Drozd |

CASE NO. 2:10-CV-01394-JAM-DAD
STIPULATION AND ORDER CONTINUING DISCOVERY HEARING

# STIPULATION

1. On April 22, 2010, the parties in the above-referenced matter appeared before the Honorable Magistrate Dale A. Drozd on Defendant's motion to compel further responses to interrogatories and the production of documents. After hearing argument, the Court continued the hearing to May 6, 2011 and requested supplemental briefing, not to exceed five pages, on May 4, 2011.

2. Due to the illness of counsel for Defendant, Defendant has requested and plaintiffs have agreed that the matter be pushed back by one week to allow Defendant to review plaintiffs' production of documents and to prepare its supplemental submission.

3. The Court's clerk has advised that May 13, 2011 is not available for the continued hearing and that the first available date to have the matter heard is May 20, 2011. Supplemental briefing would be due by May 18, 2011. The parties hereby stipulate to this schedule and request that the Court schedule the matter pursuant to this stipulation.

DATED: May 2, 2011          SEDGWICK LLP

By: /s/Laura L. Goodman
Laura L. Goodman
Attorneys for Defendant

DATED: May 2, 2011          SPROUL TROST LLP

By: /s/ Thomas G. Trost
Thomas G. Trost
Attorneys for Plaintiffs

# ORDER ON STIPULATION

The Court having read the Parties' stipulation, and finding good cause appearing therefor, hereby continues the hearing on Defendant's motion to compel to May 20, 2011. Supplemental briefing, not to exceed five pages, is to be filed no later than May 18, 2011.

Dated: May 3, 2011.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.civil\eastwest1394.stip.ord.mtc.cont