| | |
|---|---|
| 1 | SEDGWICK LLP |
|   | BRUCE D. CELEBREZZE  Bar No. 102181 |
| 2 | LAURA L. GOODMAN  Bar No. 142689 |
|   | DEAN J. MCELROY Bar No. 213132 |
| 3 | ANDREW J. KING Bar No. 253962 |
|   | bruce.celebrezze@sedgwicklaw.com |
| 4 | laura.goodman@sedgwicklaw.com |
|   | dean.mcelroy@sedgwicklaw.com |
| 5 | andrew.king@sedgwicklaw.com |
|   | One Market Plaza |
| 6 | Steuart Tower, 8th Floor |
|   | San Francisco, California 94105 |
| 7 | Telephone: (415) 781-7900 |
|   | Facsimile: (415) 781-2635 |
| 8 | |
|   | Attorneys for Defendant |
| 9 | ACE AMERICAN INSURANCE COMPANY |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EAST WEST RESORT DEVELOPMENT V., L.P, a Delaware limited partnership; NORTHSTAR BIG HORN, LLC, a Delaware limited liability company; and NORTHSTAR IRON HORSE, LLC, a Delaware limited liability company; and OLD GREENWOOD, LLC, a Delaware limited liability company;<br><br>         Plaintiffs,<br><br>         v.<br><br>ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation; and DOES 1 through 10, inclusive;<br><br>         Defendants. | CASE NO. 2:10-CV-01394-JAM-DAD<br><br>**STIPULATION AND ORDER EXTENDING EXPERT DISCLOSURE DEADLINES**<br><br>JUDGE:  Hon. John A. Mendez<br>MAGISTRATE JUDGE:  Hon. Dale A. Drozd<br><br>____ |

CASE NO. 2:10-CV-01394-JAM-DAD
STIPULATION AND [PROPOSED] ORDER EXTENDING EXPERT DISCLOSURE DEADLINES

# **STIPULATION**

1. On August 6, 2010, the Court entered its Status (Pre-trial Scheduling) Order. (Doc. 11, docketed August 9, 2010.) The Order requires, *inter alia*, that the parties make expert witness disclosures under Fed.R. Civ.P. 26(a)(2) by May 13, 2011. The Order further requires the parties to make supplemental disclosures and disclosures of any rebuttal witnesses under Fed.R. Civ.P. 26(a)(2)(C) by May 20, 2011.

2. The parties currently are involved in a discovery dispute which is pending before Magistrate Judge Dale A. Drozd. At an April 22, 2011 hearing, Magistrate Judge Drozd continued the motion to May 6, 2011. Magistrate Drozd subsequently, upon stipulation of the parties, continued the discovery hearing to May 20, 2011.

3. The parties will not be in a position to make their respective expert disclosures until their discovery dispute is resolved and additional discovery is completed.

4. In light of the foregoing, the parties respectfully request that the expert disclosure deadlines be extended by one month. Specifically, the parties request that the deadline for making expert witness disclosures under Fed.R. Civ.P. 26(a)(2) be extended to June 13, 2011, and that the deadline for making supplemental disclosures and disclosures of any rebuttal witnesses under Fed.R. Civ.P. 26(a)(2)(C) be extended to June 20, 2011.

5. At this time, the parties do not wish to extend any other dates or deadlines, including the discovery cut-off date of July 6, 2011, ordered by the Court in its August 6, 2010 Status (Pre-trial Scheduling) Order.

DATED: May 5, 2011        SEDGWICK LLP

By: */s/Laura L. Goodman*
Laura L. Goodman
Attorneys for Defendant

PDF created with pdfFactory trial version www.pdffactory.com

1 | DATED: May 5, 2011           SPROUL TROST LLP

                           By: */s/ Thomas G. Trost*
                               Thomas G. Trost
                               Attorneys for Plaintiffs

### ORDER ON STIPULATION

The Court, having read the Parties' stipulation, and finding good cause appearing therefor, hereby ORDERS that the parties shall make expert witness disclosures under Fed.R. Civ.P. 26(a)(2) by June 13, 2011, and supplemental disclosures and disclosures of any rebuttal witnesses under Fed.R. Civ.P. 26(a)(2)(C) by June 20, 2011.

Dated:  May 5, 2011

                           /s/ John A. Mendez
                           THE HONORABLE JOHN A. MENDEZ
                           UNITED STATES DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com