IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EAST WEST RESORT
DEVELOPMENT V, L.P., et al.,

        Plaintiffs,　　　　　　　　No. CIV S-10-1394 JAM DAD

   v.

ACE AMERICAN INSURANCE
COMPANY, et al.,

        Defendants.　　　　　　　　<u>ORDER</u>

_____/

        This case came before the undersigned on April 22, 2011, for hearing on defendant ACE American Insurance Company's motion to compel further responses to defendant's First Set of Discovery Requests (Doc. No. 18). Dean J. McElroy, Esq. appeared for defendant and moving party ACE. Thomas G. Trost, Esq. appeared for plaintiffs. After hearing extensive argument, the undersigned directed defendant ACE to send a member of the defense team to Truckee to review plaintiff's proposed production of documents. Accordingly, the motion was continued to May 6, 2011, for further hearing. By stipulation and order filed May 3, 2011, the further hearing was continued to May 20, 2011. Mr. Trost was present at the hearing on May 20, 2011, and Mr. McElroy appeared telephonically.

/////

After hearing extensive additional argument, and having considered the parties' initial and supplemental joint statements re discovery disagreement, the undersigned granted defendant ACE's motion in part, specified the parameters for plaintiff's further responses, and set deadlines for service of those responses.

As set forth in more detail on the record, IT IS ORDERED that:

1. Defendant ACE's motion to compel further responses to its first set of discovery requests (Doc. No. 18) is granted in part;

2. Plaintiff's supplemental responses to defendant's first set of requests for production of documents shall be served within seven days after May 20, 2011; and

3. Plaintiff's supplemental responses to defendant's first set of interrogatories Nos. 1 through 5 shall be served within fourteen days after May 20, 2011.

DATED: May 20, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.civil\eastwest1394.oah.052011