SEDGWICK LLP
BRUCE D. CELEBREZZE  Bar No. 102181
DENNIS G. ROLSTAD  Bar No. 150006
ANDREW J. KING  Bar No. 253962
bruce.celebrezze@sedgwicklaw.com
laura.goodman@sedgwicklaw.com
dean.mcelroy@sedgwicklaw.com
andrew.king@sedgwicklaw.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone:  (415) 781-7900
Facsimile:  (415) 781-2635

Attorneys for Defendant
ACE AMERICAN INSURANCE COMPANY

SPROUL TROST LLP
THOMAS G. TROST Bar No. 151961
JASON M. SHERMAN Bar No. 232420
ttrost@sproullaw.com
jsherman@sproullaw.com
3200 Douglas Boulevard, Suite 300
Roseville, California 95661
Telephone: (916) 783-0262
Facsimile:  (916) 783-6252

Attorneys for Plaintiffs
EAST WEST RESORT DEVELOPMENT V., L.P., NORTHSTAR BIG HORN, LLC, NORTHSTAR IRON HORSE, LLC, AND OLD GREENWOOD, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EAST WEST RESORT DEVELOPMENT V., L.P, a Delaware limited partnership; NORTHSTAR BIG HORN, LLC, a Delaware limited liability company; and NORTHSTAR IRON HORSE, LLC, a Delaware limited liability company; and OLD GREENWOOD, LLC, a Delaware limited liability company;<br><br>      Plaintiffs,<br><br>      v.<br><br>ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation; and DOES 1 through 10, inclusive;<br><br>      Defendants. | CASE NO. 2:10-CV-01394-JAM-DAD<br><br>**STIPULATION AND ORDER EXTENDING CERTAIN PRETRIAL DATES DURING SETTLEMENT DISCUSSIONS**<br><br>JUDGE:  Hon. John A. Mendez<br>MAGISTRATE JUDGE:  Hon. Dale A. Drozd |

PDF created with pdfFactory trial version www.pdffactory.com

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:  Through this stipulation and proposed order, defendant ACE AMERICAN INSURANCE COMPANY ("Defendant" or "ACE") and plaintiffs EAST WEST RESORT DEVELOPMENT V., L.P. ("East West"), NORTHSTAR BIG HORN, LLC ("NBH"), NORTHSTAR IRON HORSE, LLC ("NIH"), and OLD GREENWOOD, LLC ("Old Greenwood") (together "Plaintiffs"), collectively referred to herein as the "Parties," stipulate, pursuant to Civil Local Rules 143 and 144, and request that the Court enter an Order to extend certain pretrial dates as follows:

The Parties are currently in settlement discussions, and in order to allow such discussions to further take place without the taking of depositions or other certain other discovery proceedings, the Parties, pursuant to Local Rules 143 and 144, jointly request and HEREBY STIPULATE that certain pretrial dates for this action be extended as follows.  The Parties note that these extensions do not affect any hearing or appearance dates before the court, as the hearing date for dispositive motions of January 11, 2012, the pretrial conference date of February 17, 2010; and the trial date of March 26, 2012, are not affected by this stipulation.

1. The Parties shall make expert witness disclosures under Fed. R. Civ. P. 26(a)(2) by **October 11 , 2011**, and supplemental disclosures and disclosures of any rebuttal witnesses under Fed. R. Civ. P. 26(a)(2)(C) by **October 25, 2011**;

2. All discovery shall be completed by **October 31, 2011**;

3. All dispositive motions shall be filed by **November 30, 2011**;

4. Hearing on such motions shall be on **January 11, 2012**, at 9:30 a.m. in Courtroom # 6;

5. The final pre-trial conference is set for **February 17, 2012**, at 10:00 a.m..; and

6. Jury trial in this matter is set for **March 26, 2012** at 9:00 a.m.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:

DATED: August 19, 2011     SEDGWICK LLP

By: *s/ Dennis G. Rolstad*
Dennis G. Rolstad
Attorneys for Defendant
ACE AMERICAN INSURANCE COMPANY

PDF created with pdfFactory trial version www.pdffactory.com

1  DATED: August 19, 2011        SPROUL TROST, LLP

2
                                 By: *s/ Thomas G. Trost (as authorized on 8/19/2011)*
3                                    Thomas G. Trost
                                     Attorneys for Plaintiffs
4                                    EAST WEST RESORT DEVELOPMENT V., L.P.,
                                     NORTHSTAR BIG HORN, LLC,  NORTHSTAR IRON
5                                    HORSE, LLC, AND OLD GREENWOOD, LLC

6

7                            **ORDER ON STIPULATION**

8     Pursuant to the stipulation of the Parties, and good cause appearing therefore,

9     **IT IS SO ORDERED.**

10  Dated: August 19, 2011

11                                 /s/ John A. Mendez
                                   THE HONORABLE JOHN A. MENDEZ
12                                 UNITED STATES DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com