SEDGWICK LLP
BRUCE D. CELEBREZZE  Bar No. 102181
DENNIS G. ROLSTAD  Bar No. 150006
ANDREW J. KING  Bar No. 253962
bruce.celebrezze@sedgwicklaw.com
dennis.rolstad@sedgwicklaw.com
andrew.king@sedgwicklaw.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone:  (415) 781-7900
Facsimile:  (415) 781-2635

Attorneys for Defendant
ACE AMERICAN INSURANCE COMPANY

SPROUL TROST LLP
THOMAS G. TROST Bar No. 151961
JASON M. SHERMAN Bar No. 232420
ttrost@sproullaw.com
jsherman@sproullaw.com
3200 Douglas Boulevard, Suite 300
Roseville, California 95661
Telephone: (916) 783-0262
Facsimile:  (916) 783-6252

Attorneys for Plaintiffs
EAST WEST RESORT DEVELOPMENT V., L.P., NORTHSTAR BIG HORN, LLC, NORTHSTAR IRON HORSE, LLC, AND OLD GREENWOOD, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EAST WEST RESORT DEVELOPMENT V., L.P, a Delaware limited partnership; NORTHSTAR BIG HORN, LLC, a Delaware limited liability company; and NORTHSTAR IRON HORSE, LLC, a Delaware limited liability company; and OLD GREENWOOD, LLC, a Delaware limited liability company;<br><br>Plaintiffs,<br><br>v.<br><br>ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation; and DOES 1 through 10, inclusive;<br><br>Defendants. | CASE NO. 2:10-CV-01394-JAM-DAD<br><br>**AMENDED STIPULATION AND ORDER EXTENDING CERTAIN PRETRIAL DATES DURING SETTLEMENT DISCUSSIONS, AND ALLOWING FOR MORE THAN TEN DEPOSITIONS**<br><br>JUDGE:  Hon. John A. Mendez<br>MAGISTRATE JUDGE:  Hon. Dale A. Drozd |

PDF created with pdfFactory trial version www.pdffactory.com

1  TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:  Through
2  this stipulation and proposed order, defendant ACE AMERICAN INSURANCE COMPANY
3  ("Defendant" or "ACE") and plaintiffs EAST WEST RESORT DEVELOPMENT V., L.P. ("East
4  West"), NORTHSTAR BIG HORN, LLC ("NBH"), NORTHSTAR IRON HORSE, LLC
5  ("NIH"), and OLD GREENWOOD, LLC ("Old Greenwood") (together "Plaintiffs"), collectively
6  referred to herein as the "Parties," stipulate, pursuant to Civil Local Rules 143 and 144, and
7  request that the Court enter an Order to extend certain pretrial dates, as follows:

8  The Parties are currently in settlement discussions, and in order to allow such discussions
9  to further take place without the taking of depositions or other certain other discovery
10 proceedings, the Parties, pursuant to Local Rules 143 and 144, jointly request and HEREBY
11 STIPULATE that certain pretrial dates for this action be extended as follows.

12  1. The Parties shall make expert witness disclosures under Fed. R. Civ. P. 26(a)(2) by
13 **November 22 , 2011**, and supplemental disclosures and disclosures of any rebuttal witnesses
14 under Fed. R. Civ. P. 26(a)(2)(C) by **December 6, 2011**;

15  2. The Parties shall complete one day of mediation by **October 31, 2011**;

16  3. All discovery shall be completed by **December 16, 2011**;

17  4. A second day of mediation of this matter, to be held after the close of discovery
18 and before the filing of any dispositive motions, shall take place no later than **December 29, 2011.**

19  5. All dispositive motions shall be filed by **December 30, 2011**;

20  6. Hearing on such motions shall be on **February 8, 2012**, at 9:30 a.m. in Courtroom
21 # 6;

22  7. The final pre-trial conference is set for **March 23, 2012**, at 10:00 a.m..; and

23  8. Jury trial in this matter is set for **April 30, 2012** at 9:00 a.m.

24  In addition, the subject matter of this dispute involves the actions of numerous third
25 parties including claimants or beneficiaries of payments (for which Plaintiffs seek reimbursement
26 from ACE), other payees, the general contractor, subcontractors, retained consultants, and
27 several other relevant third parties. Therefore, in the event that the current settlement discussions
28 are unsuccessful, the Parties anticipate that ACE will need to take more than ten (10) depositions

PDF created with pdfFactory trial version www.pdffactory.com

in this action, and HEREBY FURTHER STIPULATE that ACE may be relieved of the 10 deposition limit set forth in Federal Rule of Civil Procedure 30(a)(2)(A)(i) as follows:

1. ACE is permitted to take more than ten (10) depositions in this action, and

2. ACE may take up to eighteen (18) depositions in this action, plus expert depositions (which the parties agree our not included in that total) without obtaining further leave of court and without prejudice to later seeking to take additional depositions through motion or stipulation and order.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:

DATED: September 12, 2011         SEDGWICK LLP

By: *s/ Dennis G. Rolstad*
Dennis G. Rolstad
Attorneys for Defendant
ACE AMERICAN INSURANCE COMPANY

DATED: September 12, 2011         SPROUL TROST, LLP

By: *s/ Jason M. Sherman*
Thomas G. Trost
Jason M. Sherman
Attorneys for Plaintiffs
EAST WEST RESORT DEVELOPMENT V., L.P., NORTHSTAR BIG HORN, LLC,  NORTHSTAR IRON HORSE, LLC, AND OLD GREENWOOD, LLC

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

*s/Dennis G. Rolstad*
Dennis G. Rolstad

## ORDER ON STIPULATION

Pursuant to the stipulation of the Parties, and good cause appearing therefore,

**IT IS SO ORDERED.**

Dated: September 13, 2011

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com