SEDGWICK LLP
BRUCE D. CELEBREZZE  Bar No. 102181
DENNIS G. ROLSTAD  Bar No. 150006
ANDREW J. KING  Bar No. 253962
bruce.celebrezze@sedgwicklaw.com
dennis.rolstad@sedgwicklaw.com
andrew.king@sedgwicklaw.com
333 Bush Street, 30th Floor
San Francisco, California 94104
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant
ACE AMERICAN INSURANCE
COMPANY

SPROUL TROST LLP
THOMAS G. TROST Bar No. 151961
JASON M. SHERMAN Bar No. 232420
ttrost@sproullaw.com
jsherman@sproullaw.com
3200 Douglas Boulevard, Suite 300
Roseville, California 95661
Telephone: (916) 783-0262
Facsimile:  (916) 783-6252

Attorneys for Plaintiffs
EAST WEST RESORT DEVELOPMENT V.,
L.P., NORTHSTAR BIG HORN, LLC,
NORTHSTAR IRON HORSE, LLC, AND
OLD GREENWOOD, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EAST WEST RESORT DEVELOPMENT V., L.P, a Delaware limited partnership; NORTHSTAR BIG HORN, LLC, a Delaware limited liability company; and NORTHSTAR IRON HORSE, LLC, a Delaware limited liability company; and OLD GREENWOOD, LLC, a Delaware limited liability company;<br><br>Plaintiffs,<br><br>v.<br><br>ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation; and DOES 1 through 10, inclusive;<br><br>Defendants. | CASE NO. 2:10-CV-01394-JAM-DAD<br><br>**STIPULATION AND ORDER EXTENDING CERTAIN PRETRIAL DATES DURING MEDIATION AND SETTLEMENT DISCUSSIONS**<br><br>JUDGE:  Hon. John A. Mendez<br>MAGISTRATE JUDGE:  Hon. Dale A. Drozd |

{00950525.DOCX; 1}                                                            CASE NO. 2:10-CV-01394-JAM-DAD
STIPULATION AND [PROPOSED] ORDER EXTENDING PRETRIAL SCHEDULING AND TRIAL DATES

PDF created with pdfFactory trial version www.pdffactory.com

1  TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:  Through
2  this stipulation and proposed order, defendant ACE AMERICAN INSURANCE COMPANY
3  ("Defendant" or "ACE") and plaintiffs EAST WEST RESORT DEVELOPMENT V., L.P. ("East
4  West"), NORTHSTAR BIG HORN, LLC ("NBH"), NORTHSTAR IRON HORSE, LLC
5  ("NIH"), and OLD GREENWOOD, LLC ("Old Greenwood") (together "Plaintiffs"), collectively
6  referred to herein as the "Parties," stipulate, pursuant to Civil Local Rules 143 and 144, and
7  request that the Court enter an Order to extend certain pretrial dates, as follows:
8  The subject matter of this dispute involves the actions of numerous third parties including
9  claimants or beneficiaries of payments (for which Plaintiffs seek reimbursement from ACE), other
10 payees, the general contractor, subcontractors, the architect, retained consultants, and several
11 other relevant third parties.  The Parties have now conducted a significant amount of discovery,
12 including the recent depositions of six of the third-party witnesses in four States.  In addition,
13 expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2) were made on November 22, 2011.
14 Upon the completion of the initial Rule 30(b)(6) deposition of plaintiffs, currently
15 scheduled for December 13, 2011, the Parties wish to resume their settlement discussions and
16 proceed to a mediation as soon as possible.  In order to allow for the mediation to take place
17 before the taking of specific previously-noticed depositions and certain limited discovery resulting
18 from ACE's pending motion to compel (Docket 42), the completion of which will be necessary
19 should the Parties not resolve their disputes at mediation, the Parties, pursuant to Local Rules 143
20 and 144, jointly request and HEREBY STIPULATE that certain pretrial dates for this action be
21 extended as follows.
22  1. Plaintiffs shall produce their initial Rule 30(b)(6) witness for deposition on
23 December 13, 2011, beginning no later than 10:00 am in Truckee, California, or another location
24 to be agreed upon by counsel;
25  2. Plaintiffs will produce an executed verification to plaintiff East West's responses to
26 ACE's first set of interrogatories, on or before December 7, 2011 or as soon as the bankruptcy
27 trustee shall obtain;
28  3. Plaintiffs and/or their expert, Liberty Building Diagnostics Group, will produce all

{00950525.DOCX; 1} -1- CASE NO. 2:10-CV-01394-JAM-DAD
STIPULATION AND [PROPOSED] ORDER EXTENDING PRETRIAL SCHEDULING AND TRIAL DATES

PDF created with pdfFactory trial version www.pdffactory.com

of Liberty's responsive nonprivileged documents on or before December 23, 2011;

4. The Parties shall participate in one day of mediation as soon as possible with personal attendance by Mr. Kenneth Hayes or another ACE representative dependent upon scheduling; prior to said mediation ACE shall tender a good faith settlement offer to Defendants.

5. All discovery shall be completed by December 16, 2011, consistent with the current schedule, except for the following previously noticed-depositions and specific limited discovery which, if the case does not resolve at mediation, shall be completed by **March 9, 2012.** Each deposition:

 a. ACE's previously-noticed depositions of the following current of former employees of plaintiffs: Bryan Raydon; Robert Gaus; Ed Morgan; Kurt Krieg; Terri Turner; and Joe Malone.

 b. ACE's previously-noticed depositions of the following third-party percipient witnesses: Heath Nielsen; J. David Odom; Todd Seawell; and Dale Holland, which deposition may proceed prior to mediation if necessary due to the schedule below;

 c. Plaintiffs' previously-noticed depositions of the following current employees of ACE: Tim Bavuso, and Kenneth Hayes;

 d. Plaintiffs' previously-noticed deposition of former ACE employee Ira Steinbock who ACE cannot produce, and whose attendance at deposition must be compelled by subpoena.

 e. Plaintiffs' previously-noticed 30(b)(6) deposition of third-party ESIS, Inc.

 f. Depositions of disclosed experts and any supplemental experts.

 g. Limited discovery resulting from any ruling on ACE's pending motion to compel (Docket 42) with respect to the settlement between plaintiffs and third party GE Johnson Construction Company.

6. All dispositive motions shall be filed by **March 30, 2012**;

7. Hearing on such motions shall be on **May 2, 2012**, at 9:30 a.m. in Courtroom # 6;

8. The final pre-trial conference is set for **June 8, 2012**, at 10:00 a.m.; and

9. Jury trial in this matter is set for **July 16, 2012** at 9:00 a.m.

{00950525.DOCX; 1}                    -2-              CASE NO. 2:10-CV-01394-JAM-DAD
STIPULATION AND [PROPOSED] ORDER EXTENDING PRETRIAL SCHEDULING AND TRIAL DATES

PDF created with pdfFactory trial version www.pdffactory.com

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:

DATED:  December 2, 2011        SEDGWICK LLP

By: *s/ Andrew J. King*
Dennis G. Rolstad
Andrew J. King
Attorneys for Defendant
ACE AMERICAN INSURANCE COMPANY

DATED:  December 2, 2011        SPROUL TROST, LLP

By: *s/ Thomas G. Trost (w/ permission)*
Thomas G. Trost
Jason M. Sherman
Attorneys for Plaintiffs
EAST WEST RESORT DEVELOPMENT V., L.P., NORTHSTAR BIG HORN, LLC,  NORTHSTAR IRON HORSE, LLC, AND OLD GREENWOOD, LLC

## ORDER ON STIPULATION

Pursuant to the stipulation of the Parties, and good cause appearing therefore,

**IT IS SO ORDERED.**

Dated:  December 5, 2011

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com