IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EAST WEST RESORT DEVELOPMENT V, L.P., et al., | |
| Plaintiffs, | No. CIV S-10-1394 JAM DAD |
| v. | |
| ACE AMERICAN INSURANCE COMPANY, et al., | |
| Defendants. | ORDER |

This case came before the undersigned on December 9, 2011, for hearing on defendant ACE American Insurance Company's motion to compel production of documents and production of witnesses for deposition (Doc. No. 42).  Dennis Rolstad, Esq. appeared telephonically for defendant and moving party ACE.  Thomas G. Trost, Esq. appeared in person for plaintiffs.

Having considered all the written materials submitted in connection with the motion, and after hearing oral argument, for the reasons stated in detail on the record during the hearing, defendant's November 18, 2011 motion (Doc. No. 42) is granted.  Plaintiff shall serve

/////

/////

1  the required production of documents within seven days after the December 9, 2011 hearing,
2  following the parties' entering into a stipulated protective order.[1]
3         IT IS SO ORDERED.
4  DATED: December 9, 2011.

                                      */s/ Dale A. Drozd*
                                    DALE A. DROZD
                                    UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1/orders.civil\eastwest1394.oah.mtc.120911

---

[1] This order does not prevent plaintiff from asserting a claim of attorney-client or work product privilege with respect to requested documents. However, if plaintiff asserts any such privilege, plaintiff shall prepare and produce a privilege log for each specific document they decline to produce on those grounds.