| | |
|---|---|
| 1 | SEDGWICK LLP |
| | BRUCE D. CELEBREZZE  Bar No. 102181 |
| 2 | bruce.celebrezze@sedgwicklaw.com |
| | DENNIS G. ROLSTAD  Bar No. 150006 |
| 3 | dennis.rolstad@sedgwicklaw.com |
| | ERIN A. CORNELL  Bar No. 227135 |
| 4 | erin.cornell@sedgwicklaw.com |
| | 333 Bush Street, 30th Floor |
| 5 | San Francisco, CA  94104-2834 |
| | Telephone:    (415) 781-7900 |
| 6 | Facsimile:    (415) 781-2635 |
| 7 | Attorneys for Defendant |
| | ACE AMERICAN INSURANCE COMPANY |
| 8 | |
| | SPROUL TROST LLP |
| 9 | THOMAS G. TROST  Bar No. 151961 |
| | ttrost@sproullaw.com |
| 10 | JASON M. SHERMAN  Bar No. 232420 |
| | jsherman@sproullaw.com |
| 11 | 3200 Douglas Boulevard, Suite 300 |
| | Roseville, CA  95661 |
| 12 | Telephone:    (916) 783-0262 |
| | Facsimile:    (916) 783-6252 |
| 13 | |
| | Attorneys for Plaintiffs |
| 14 | EAST WEST RESORT DEVELOPMENT V., L.P.; |
| | NORTHSTAR BIG HORN, LLC; NORTHSTAR IRON |
| 15 | HORSE, LLC; and OLD GREENWOOD, LLC |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EAST WEST RESORT DEVELOPMENT V., L.P., a Delaware limited partnership; NORTHSTAR BIG HORN, LLC, a Delaware limited liability company; NORTHSTAR IRON HORSE, LLC, a Delaware limited liability company; and OLD GREENWOOD, LLC, a Delaware limited liability company;, <br><br> Plaintiffs, <br><br> v. <br><br> ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 2:10-cv-01394-JAM-DAD <br><br> **STIPULATION AND ORDER EXTENDING CERTAIN PRETRIAL DATES AND LIMITED DISCOVERY PENDING MARCH 26, 2012 MEDIATION** |

SF/2666058v1

SECOND STIPULATION AND [PROPOSED] ORDER EXTENDING CERTAIN PRETRIAL DATES

PDF created with pdfFactory trial version www.pdffactory.com

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Through this stipulation and proposed order, defendant ACE AMERICAN INSURANCE COMPANY ("defendant" or "Ace") and plaintiffs EAST WEST RESORT DEVELOPMENT V., L.P., ("East West"), NORTHSTAR BIG HORN, LLC ("NBH"), NORTHSTAR IRON HORSE, LLC ("NIH"), and OLD GREENWOOD, LLC ("Old Greenwood") (together "Plaintiffs"), collectively referred to herein as the "Parties," stipulate, pursuant to Civil Local Rules 143 and 144, and respectfully request that the Court enter an Order to extend certain pretrial dates and the trial date, as follows:

The parties have taken significant discovery in this matter and disclosed experts, have engaged in settlement discussions, and now have set a mediation in this matter to take place on March 26, 2012, before the Hon. Ellen James (ret.) at JAMS in Sacramento.  In order to allow for the mediation to take place before the taking of final discovery, the filing of dispositive motions, and pretrial proceedings, the parties propose to continue those proceedings, including specific previously-noticed depositions and other discovery, the completion of which will be necessary should the Parties not resolve their disputes at mediation. The Parties therefore assert that good cause exists to continue the below dates in this insurance coverage litigation involving a significant project, multiple complex coverage issues which will require the filing of multiple dispositive motions by each party, and the actions of numerous third parties including claimants or beneficiaries of payments (for which Plaintiffs seek reimbursement from ACE), other payees, the general contractor, subcontractors, the architect, retained consultants, and several other relevant third parties.

Therefore, pursuant to Local Rules 143 and 144, the Parties jointly request and HEREBY STIPULATE that certain pretrial dates for this action, and the trial date, be extended as follows:

1.  Plaintiffs will produce an executed verification to plaintiff East West's responses to ACE's first set of interrogatories, or will dismiss plaintiff East West from this action by no later than March 6, 2012;

PDF created with pdfFactory trial version www.pdffactory.com

2. Plaintiffs and/or their expert, Liberty Building Diagnostics Group, will produce all remaining of Liberty's responsive nonprivileged documents on or before March 2, 2012;

3. The Parties shall participate in one day of mediation March 26, 2012, with personal attendance by an ACE representative, unless the parties have reached agreement on a settlement by that time. Prior to said mediation, ACE shall tender a good faith settlement offer to Plaintiffs. A second mediation will be scheduled for a later date before trial.

4. All discovery has been completed, except for the following previously-noticed depositions and specific limited discovery which, if the case does not resolve at mediation, shall be completed by **May 21, 2012:**

    a. ACE's previously-noticed depositions of the following current or former employees of Plaintiffs: Bryan Raydon; Robert Gaus; Ed Morgan; Kurt Krieg; Terri Turner; and Joe Malone;

    b. ACE's previously-noticed depositions of the following third-party percipient witnesses: Heath Nielsen; J. David Odom; Todd Seawell; and Dale Holland, and the deposition of Mr. Holland may proceed prior to mediation if necessary due to the schedule below;

    c. Plaintiffs' previously-noticed depositions of the following current employees of ACE: Tim Bavuso and Kenneth Hayes;

    d. Plaintiffs' previously-noticed deposition of former ACE employee Ira Steinbock, whom ACE cannot produce, and whose attendance at deposition must be compelled by subpoena;

    e. Plaintiffs' previously-noticed 30(b)(6) deposition of third-party ESIS, Inc.;

    f. Depositions of disclosed experts and any supplemental experts;

    g. Any documents remaining to be produced pursuant to the Court's December 12, 2011 Order regarding ACE's motion to compel (ECF No. 49);

5. All dispositive motions shall be filed by **June 13, 2012**;

6. Hearing on such motions shall be on **July 11, 2012**;

1  7. The final pre-trial conference is set for **August 15, 2012 at 3:00 p.m.**;

2  8. Jury trial in this matter is set for **September 24, 2012 at 9:00 a.m**.

3  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:

4  DATED: February 27, 2012          SPROUL TROST, LLP

6                    By: *s/ Thomas G. Trost*
7                        Thomas G. Trost
                         Jason M. Sherman
                         Attorneys for Plaintiffs
8                        EAST WEST RESORT DEVELOPMENT V., L.P.,
                         NORTHSTAR BIG HORN, LLC, NORTHSTAR IRON
9                        HORSE, LLC, and OLD GREENWOOD, LLC

11  DATED: February 27, 2012          SEDGWICK LLP

13                   By: *s/ Dennis G. Rolstad*
14                       Dennis G. Rolstad
                         Erin A. Cornell
                         Attorneys for Defendant
15                       ACE AMERICAN INSURANCE COMPANY

17  **ORDER ON STIPULATION**

18  Pursuant to the stipulation of the Parties, and good cause appearing therefore,

19  **IT IS SO ORDERED.**

20  Dated: February 28, 2012

21                   /s/ John A. Mendez
22                   THE HONORABLE JOHN A. MENDEZ
                     UNITED STATES DISTRICT COURT JUDGE

SF/2666058v1

4

SECOND STIPULATION AND [PROPOSED] ORDER EXTENDING CERTAIN PRETRIAL DATES

PDF created with pdfFactory trial version www.pdffactory.com