1  SPROUL TROST LLP
   THOMAS G. TROST Bar No. 151961
2  JASON M. SHERMAN Bar No. 232420
   ttrost@sproullaw.com
3  jsherman@sproullaw.com
   3200 Douglas Boulevard, Suite 300
4  Roseville, California 95661
   Telephone:   (916) 783-0262
5  Facsimile:   (916) 783-6252

6  Attorneys for Plaintiffs
   EAST WEST RESORT DEVELOPMENT V., L.P.,
7  NORTHSTAR BIG HORN, LLC, NORTHSTAR
   IRON HORSE, LLC, AND OLD GREENWOOD, LLC
8
   SEDGWICK LLP
9  BRUCE D. CELEBREZZE  Bar No. 102181
   DENNIS G. ROLSTAD Bar No. 150006
10 bruce.celebrezze@sedgwicklaw.com
   dennis.rolstad@sedgwicklaw.com
11 333 Bush Street, 30th Floor
   San Francisco, California 94104
12 Telephone:   (415) 781-7900
   Facsimile:   (415) 781-2635
13
   Attorneys for Defendant
14 ACE AMERICAN INSURANCE COMPANY

15

16                    UNITED STATES DISTRICT COURT

17                    EASTERN DISTRICT OF CALIFORNIA

18

| | |
|---|---|
| 19  EAST WEST RESORT DEVELOPMENT V., L.P, a Delaware limited partnership; 20  NORTHSTAR BIG HORN, LLC, a Delaware limited liability company; and 21  NORTHSTAR IRON HORSE, LLC, a Delaware limited liability company; and 22  OLD GREENWOOD, LLC, a Delaware limited liability company; 23            Plaintiffs, 24            v. 25  ACE AMERICAN INSURANCE 26  COMPANY, a Pennsylvania corporation; and DOES 1 through 10, inclusive; 27            Defendants. 28 | CASE NO. 2:10-CV-01394-JAM-DAD  **ORDER GRANTING SETTLEMENT AND DISMISSAL** |

1  In accordance with the parties' Notice of Settlement And Dismissal, it is hereby
2  ORDERED that this entire action is dismissed with prejudice, each party to bear her or its own
3  attorneys' fees and costs.
4  **IT IS SO ORDERED.**
5  DATED: May 31, 2012

/s/ John A. Mendez
United States District Court Judge

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PDF created with pdfFactory trial version www.pdffactory.com