SPROUL TROST LLP
THOMAS G. TROST Bar No. 151961
JASON M. SHERMAN Bar No. 232420
ttrost@sproullaw.com
jsherman@sproullaw.com
3200 Douglas Boulevard, Suite 300
Roseville, California 95661
Telephone:   (916) 783-0262
Facsimile:    (916) 783-6252

Attorneys for Plaintiffs
EAST WEST RESORT DEVELOPMENT V., L.P.,
NORTHSTAR BIG HORN, LLC, NORTHSTAR
IRON HORSE, LLC, AND OLD GREENWOOD, LLC

SEDGWICK LLP
BRUCE D. CELEBREZZE  Bar No. 102181
DENNIS G. ROLSTAD Bar No. 150006
bruce.celebrezze@sedgwicklaw.com
dennis.rolstad@sedgwicklaw.com
333 Bush Street, 30th Floor
San Francisco, California 94104
Telephone:   (415) 781-7900
Facsimile:    (415) 781-2635

Attorneys for Defendant
ACE AMERICAN INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EAST WEST RESORT DEVELOPMENT V., L.P, a Delaware limited partnership; NORTHSTAR BIG HORN, LLC, a Delaware limited liability company; and NORTHSTAR IRON HORSE, LLC, a Delaware limited liability company; and OLD GREENWOOD, LLC, a Delaware limited liability company;<br><br>        Plaintiffs,<br><br>        v.<br><br>ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation; and DOES 1 through 10, inclusive;<br><br>        Defendants. | CASE NO. 2:10-CV-01394-JAM-DAD<br><br>**ORDER GRANTING SETTLEMENT AND DISMISSAL** |

1  In accordance with the parties' Notice of Settlement And Dismissal, it is hereby
2  ORDERED that this entire action is dismissed with prejudice, each party to bear her or its own
3  attorneys' fees and costs.
4  **IT IS SO ORDERED.**
5  DATED:  May 31, 2012

                                    /s/ John A. Mendez
                                    United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com